JP:WDS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

MIGUEL MARIA LIRIANO,

        Defendant.

- - - - - - - - - - - - - - - - -X

S U P P L E M E N T A L
A F F I D A V I T
(21 U.S.C. §§ 952(a)
and 960)

11-MJ-892

EASTERN DISTRICT OF NEW YORK, SS:

        GERARD MCMAHON, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such. This affidavit is submitted to supplement the complaint filed in this matter on September 3, 2011.

        Commencing on or about September 3, 2011, the defendant MIGUEL MARIA LIRIANO passed a total of 100 pellets with a total gross weight of approximately 1,957.1 grams of ~~heroin~~ cocaine.

WHEREFORE, your deponent respectfully requests that the defendant MIGUEL MARIA LIRIANO be dealt with according to law.

GERARD MCMAHON
Special Agent
Homeland Security Investigations

Sworn to before me this
12th day of September, 2011

THE HONORABLE CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK