F#2011R01553

INFORMATION

**CR 11                    669**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: **United States v. MIGUEL MARIA LIRIANO**

2. Related Magistrate Docket Number(s): M-11-892

3. Arrest Date: 09/3/11

4. Nature of offense(s):   ☒ Felony
                            ☐ Misdemeanor

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ SEP 28 2011 ★
BROOKLYN OFFICE**

5. Related Cases - Title and Docket Nos. (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): None.

JWNES, J.

6. Projected Length of Trial:   Less than 6 weeks   (X)
                                 More than 6 weeks   ( )

ORENSTEIN, M.J.

7. County in which crime was allegedly committed:  Queens
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?        ( ) Yes    (X) No

9. Have arrest warrants been ordered?               ( ) Yes    (X) No

10. Capital count included?                         ( ) Yes    (X) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: *[signature]*
M. Kristin Mace
Assistant U.S. Attorney
718-254-6879

Rev. 3/22/01