FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN - 5 2012 ★

BROOKLYN OFFICE

(sorry)

May 31, 2012

TO: Honorable Judge S. TOWNE
Eastern District Court of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

RE: U.S. vs. Miguel M. Linano
Crim. Docket # 11-0669

May this correspondance find you well. As for myself, I am troubled with a problem that regards my health.

I have no other resources but to search you out since my attorney Mr. Ricco have other pressing matters. Before I may continue, I would like to first thank you for your previous assistance rendered.
I no longer suffer the indignities of the medical staff. Although I am at odds with the Administracion of MDC which is the reason for me contacting you.

On May 9th 2012 I had an operation at: New York Downtown Hosp. in Lower Manhattan,

which consisted on my right hand. That ~~required~~ Required the insertion of a metal plate that has left my hand incapacitated.

After surgery I was told by DR. Kenneth Rose MD that I would be recieving physical Therapy in order to regain use of my hand.

I was told that if I didn't Diligently work to improve my condition I could possibly lose use of my hand.

THE Doctor (Kenneth Rose) ordered of physical Therapy were forwarded to the proper principle at MDC as of yet, to no avail (physical Therapy)....

I have followed the prescribed methods of grievance intact. I can not stress the importance of physical Therapy and the ability to use my hand again.

MDC is not ATTording me proper medical attention.

It's denying me a Basic foundamental rights.

Not to be faceous it left to my own devices (LET FREE) I would take care of my own Health Concerns.

Since that doesn't seem likely, I am left with no other avenue of service but the courts.

Past endeavors have taught me that the decree of a Federal Judge is Not only powerful, it is usually The Law.

So, I humbly ask that you step in and offer any help possible to circumvent any more undue pain.

Respectfully written,

Miguel Liriano #65795-053    x *[signature]*
MDC. P.O.Box 329002
Brooklyn, N.Y. 11232

C.C. File___,