IN CLERKS OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 27 2012 ★

BROOKLYN OFFICE

Nov. 23. 2012

To: Deputy Clerk;
Mrs. Miosotti TENECORA
Eastern District Court
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: US Vs. Miguel Mama Liriano
Crim Doc# CR-11-0669

Greetings your Honorable Judge; Mrs Sandra Townes,

I'm writting in regards to inform you that on Oct. 19, 2012 at around 7:20 AM I was a victim of an Assult.

In which an Inmate intentionally caused harm to me, by throwing 190° degree Hot water on my upper back in which I recieved (1st and 2nd degree Burn to my back) I also recieved; "Contusion to right knee," "Abrasion/contution to right eye from being hit across my eyes with a food tray.

I was treated at New York Downtown Hospital.

I've written my Attorney in regards to this matter so he could at least come visit me, to no avail.

Your Honor, I just want make you aware of what I've been going through since my incarceration dated Sept. 3, 2011. Since Then I've gone surgery to my right hand which they've incerted a medal plate an I no longer have movement to my right pinky finger.

1 of 1

I'm missing my front tooth from chewing into a piece of rock mistaken for a piece of boil potatoe. The piece of rock was given to my attorney Mr. Ricco.

Your Honor, in the past I've made plenty of mistake in which I've payed Society. I was living a reckless life. My last conviction was in 1996 in which I got release from prison in 2004. For 7 1/2 yrs I've worked an payed taxes. On July 23, 2011, I was bless with a beautifull baby girl of 8 1/2 pounds, whom is now 14 months old. To whom I'll give my last breath too.

Your Honor, having a child for the first time has made me look at life diffrent. And now I've open my eyes, mind to the danger that Drug causes to peoples lives, and how it destroys home, family, comunity.
I wouldn't want to loose my baby girl to drugs, later on in life. I've accepted my responsibility for my charges my complaint and indictment.
I made a wrong decion, even though I was force to do it, but I must deal with the outcome

I would like an opportunity to raise my daughter to the best of my ability and guide in the right direction in life. You have the power and the law in your hand when my Sentence comes up, to ~~Judge~~ pass Judgement.

IT's hard enough I've missed out in the transition of crawling to walking, as well as her first words which I heard it over the phone on Sept 29, 2012 "Daddy"

Well your thanks for taken the time in reading this formal letter, God Bless, enjoy your Holidays.

Respectfully written
x *Miguel Liriano*

Miguel Liriano #65795-053
MDC. P.O. BOX 329002
Brooklyn, N.Y. 11232

C.C. File--